STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CHRIS KALTSAS (NYBN 5460902)
THOMAS R. GREEN (CABN 203480)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (415) 436-6915
    FAX: (510) 637-3724
    chris.kaltsas2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 4:22-mj-71251-MAG-1 |
| Plaintiff, ) | STIPULATION AND ORDER (AS MODIFIED) TO CONTINUE ATTORNEY APPOINTMENT HEARING AND STATUS CONFERENCE AND EXCLUDE TIME FROM NOVEMBER 14, 2022 UNTIL DECEMBER 8, 2022 |
| v. ) | |
| ANTHONY DEXTER BROWN JR., ) | |
| Defendant. ) | |

      It is hereby stipulated by and between counsel for the United States and counsel for defendant Anthony Dexter Brown Jr. that the status conference regarding preliminary hearing currently set for November 14, 2022 be continued until December 8, 2022 at 10:30 a.m. and that time be excluded under Federal Rule of Criminal Procedure 5.1 between those two dates.

      At the status conference held on October 12, 2022, the government and counsel for the defendant agreed that time be excluded under Federal Rule of Criminal Procedure 5.1 so that defense counsel could continue to prepare, including by reviewing the discovery to be produced and because of the complexity of the case. The parties stipulate and agree that additional time is needed to review

discovery and to discuss potential resolutions of this case. Accordingly, the parties stipulate and agree that there is good cause to exclude time until December 8, 2022, namely, for allowing for the effective preparation of counsel. *See* Fed. R. Crim. P. 5.1(d).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: November 9, 2022

/s/
CHRIS KALTSAS
Assistant United States Attorney

DATED: November 9, 2022

/s/
JOYCE LEAVITT
Counsel for Defendant Anthony Dexter Brown Jr.

**ORDER (AS MODIFIED)**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court, for good cause shown, the Court finds that continuing the attorney appointment hearing and status conference set for November 14, 2022 to December 8, 2022 and excluding that time from computation under Federal Rule of Criminal Procedure 5.1 would benefit counsel in reviewing discovery, and not doing so would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation for further proceedings. Fed. R. Crim. P. 5.1(d). The Court further finds that there is good cause to exclude the time from November 14, 2022 to December 8, 2022 from computation under Federal Rule of Criminal Procedure 5.1. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time November 14, 2022 to December 8, 2022 shall be excluded from computation under Federal Rule of Criminal Procedure 5.1.

IT IS SO ORDERED AS MODIFIED.

DATED:  November 10, 2022



_____
HONORABLE DONNA M. RYU
United States Magistrate Judge